UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LOUGHNEY, | ) | CIVIL ACTION NO. 3:19-CV-01101 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | (ARBUCKLE, M.J.) |
| | ) | |
| LACKAWANNA COUNTY, *et al.* | ) | |
| Defendants | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT:

(1) Defendants CCI and Zaloga's Motion to Dismiss (Doc. 13) is DENIED.

Date: March 31, 2020

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge