UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LOUGHNEY, | ) | CIVIL ACTION NO. 3:19-CV-1101 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| LACKAWANNA COUNTY, *et al.,* | ) | |
| Defendants | ) | |

ORDER

On October 6, 2020, this case was referred to Magistrate Judge Joseph Saporito to conduct a settlement conference. (Doc. 55). On November 9, 2020, a settlement conference was held. (Doc. 56). Following the settlement conference, Judge Saporito reported that this case was settled as to all defendants except for the Correctional Care Defendants. The non-Correctional Care Defendants, who have reached a settlement agreement, are:

(1) Lackawanna County;

(2) Patrick O'Malley;

(3) Laureeen Cummings;

(4) Jerry Notarianni;

(5) Tim Betti;

(6) Satish Mallik, M.D.;

(7) John Gilroy;

(8) Christopher Jenkins;

(9) Delon Aldubayan; and

(10)   Mike Zemantauski.

Accordingly, IT IS ORDERED that:

(1)   The claims asserted in the Amended Complaint (Doc. 35) against the ten Defendants listed above are DISMISSED WITHOUT PREJUDICE.

(2)   The Clerk of Court is DIRECTED to update the docket and case caption consistent with this Order.

(3)   The Motion to Dismiss by Defendant Satish Mallik, M.D. (Doc. 45) is DENIED as MOOT.

Date: November 24, 2020     BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge