UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LOUGHNEY, | ) | CIVIL ACTION NO. 3:19-CV-1101 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| CORRECTIONAL CARE, INC., *et al.*, | ) | |
| Defendants | ) | |

ORDER

In accordance with the accompanying Memorandum Opinion it is ORDERED that:

(1)   The Medical Defendants' Motion to Dismiss (Doc. 44) is DENIED.

(2)   The Medical Defendants' Motion Requesting Leave to File Crossclaims (Doc. 71) is DEEMED WITHDRAWN.

Date: February 10, 2021

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge