UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LISA LOUGHNEY, :

    Plaintiff : CIVIL ACTION NO. 3:19-1101

    v. : (MANNION, D.J.)
                                       (ARBUCKLE, M.J.)

CORRECTIONAL CARE, INC. *et al.*, :

    Defendants :

## ORDER

As set forth in the Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Judge Arbuckle's Report and Recommendation, **(Doc. 86)**, is **ADOPTED IN ITS ENTIRETY**;

(2) the motion to dismiss of Medical Defendants, **(Doc. 44)**, regarding all of the remaining claims against them raised in the plaintiff's amended complaint, **(Doc. 35)**, is **DENIED**, and all of the plaintiff's remaining claims against these defendants shall **PROCEED**;

(3) Medical Defendants are directed to file their Answer to plaintiff's amended complaint, **(Doc. 35)**, **within 14 days** of the date of this Order;

(4)  Medical Defendants' motion for leave of court to assert crossclaims against Dr. Mallik and the County Defendants, **(Doc. 74)**, is **DENIED**;

(5)  Medical Defendants' first motion for leave of court to assert cross claims against Dr. Mallik and the County Defendants, **(Doc. 71)**, is **DEEMED WITHDRAWN**;

(6)  Medical Defendants' objections, **(Doc. 87)**, to Judge Arbuckle's Report are **OVERRULED**.

(7)  the clerk of court is directed to **REMAND** this case to Judge Arbuckle for further proceedings.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 28, 2021**
19-1101-01-ORDER