UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LOUGHNEY, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-1101 |
| v. | : | (JUDGE MANNION) |
| CORRECTIONAL CARE, INC., *et al.*, | : | |
| | : | |
| Defendants/Third Party Plaintiffs | : | |
| v. | : | |
| LACKAWANNA COUNTY, *et al.*, | : | |
| Third Party Defendants | : | |

## ORDER

In accordance with the Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Judge Arbuckle's Report and Recommendation, (Doc. 110), is **ADOPTED in part and NOT ADOPTED in part**;

(2) County Defendants' motion to dismiss, (Doc. 102), CCI Defendants' Third Party Complaint, (Doc. 94), is **GRANTED in part and DENIED in part**;

(3) County Defendants' motion to dismiss is **DENIED** with respect to CCI Defendants' contractual indemnity claim in Count I for Plaintiffs' civil rights claims in Counts I and II of the Amended Complaint, (Doc. 35). Accordingly, CCI Defendants' claim in

- 2 -

      Count I of their Third Party Complaint will proceed, at this stage of the litigation, to the extent it seeks contractual indemnity from Lackawanna County for Plaintiff's civil rights claims in Counts I and II of the Amended Complaint.

(4) County Defendants' motion to dismiss is **GRANTED** with respect to CCI Defendants' contractual indemnity claim in Count I for Plaintiff's negligence claims, and for CCI Defendants' contribution claim in Count III.

(5) Accordingly, CCI Defendants' contractual indemnity claim in Count I is **DISMISSED without prejudice** to the extent it seeks indemnity from Lackawanna County for Plaintiff's negligence claims (Counts IV and V), and CCI Defendants' contribution claim in Count III is **DISMISSED without prejudice**.

*S/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 29, 2023**
19-1101-02-ORDER